UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

JORGE ESPINO HERNANDEZ
                                     Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 659 (CM )

Defendant _ JORGE ESPINO HERNANDEZ __ hereby voluntarily consents to participate in the following proceeding via _x__ videoconferencing or __x_ teleconferencing:

__x_   Initial Appearance Before a Judicial Officer

__X_   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__x_   Bail/Detention Hearing

__x_   Conference Before a Judicial Officer

_/s/ Donald Yannella_ for Jorge Espino Hernandez     _/s/ Donald Yannella_
Defendant's Signature                                                              Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

JORGE ESPINO HERNANDEZ_____        Donald Yannella_____
Print Defendant's Name                                      Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_1/29/2021_                                                   _____
Date                                                                    U.S. District Judge/U.S. Magistrate Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/21