UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-                                                                    20 CR 659 (CM)

Espino Hernandez et al,                                      ORDER

Defendants.

------------------------------------------------------------------X

**Colleen McMahon,** Chief Judge:

The Court will hold a conference in this matter on **March 8, 2021, at 10:30 p.m.**, using the Skype video/telephone call platform—the Skype video link/telephone call-in line and logon instructions have been emailed to the parties. The public and press may access the audio feed of the conference by calling 888-363-4749, and entering access code 9054506.

Dated: March 4, 2021
New York, New York

Colleen McMahon
Chief Judge