Law Offices of
## Donald J. Yannella

A Professional Corporation
Email: **nynjcrimlawyer@gmail.com**
**Tel: (212) 226-2883**
**Fax: (646) 430-8379**

MEMO ENDORSED

**70 Grand Avenue, Suite 100**
**River Edge, NJ 07661**

**233 Broadway, Suite 2370**
**New York, NY 10279**
(Preferred mailing address)

October 18, 2021

*10/19/21*

*Trial Adjourned to the*
*1st quarter 2022 — time*
*Exclude (w/deft's consent)*
*through the new trial date,*
*in the interest of*
*justice, to facilitate the*
*review of discovery and*
*plea*
*discussions.*

Hon. Colleen McMahon
United States District Judge
500 Pearl Street
New York, NY 10007

Re:    United States v. Jorge Espino Hernandez, 20 Cr. 659 (CM)

Dear Judge McMahon:

I am counsel for Mr. Espino Hernandez, and Frederick Sosinsky and Virginia Alvarez are
counsel for Pablo Valtierra Mata. Without objection from the Government, we respectfully
request an adjournment of the trial currently scheduled for December 13, 2021.

Additional time is necessary in order to permit the parties to review discovery and
negotiate pretrial dispositions. The parties expect a disposition without trial.

*[signature]*

The parties respectfully request that time be excluded from December 13, 2021, until any
new trial date in the first quarter of 2022 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), to
permit the parties to continue discussing a potential pretrial disposition of the case and allow the
defense additional time to review discovery materials.

Sincerely,

/s/
Donald J. Yannella, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: *10/19/21*