Law Offices of
# Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

70 Grand Avenue, Suite 100
River Edge, NJ 07661

233 Broadway, Suite 2370
New York, NY 10279
(Preferred mailing address)

October 21, 2022

MEMO ENDORSED
10/24/22

Sentencing Adj to February 1, 2023 at 2 PM.

Hon. Colleen McMahon
United States District Judge
500 Pearl Street
New York, NY 10007

Re: United States v. Jorge Espino Hernandez, 20 Cr. 659 (CM)

Dear Judge McMahon:

    I am counsel for Mr. Jorge Espino Hernandez, who is scheduled to be sentenced on November 10, 2022. Without objection from Assistant United States Attorney Rushmi Bhaskaran, I respectfully request that the sentence be adjourned for approximately sixty days. No prior requests have been made to adjourn the sentencing date, and additional time is required in order to prepare the defense sentencing submission.

Sincerely,

/s/
Donald J. Yannella, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/22